UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CALIFORNIA STATE GRANGE,        )
                                )   1:06-CV-308 AWI DLB
                                )
            Plaintiff,          )   NEW CASE NUMBER:
                                )
       v.                       )   1:06-CV-308 OWW DLB
                                )
NATIONAL MARINE FISHERIES, etc.,)
                                )
                                )   ORDER REASSIGNING CASE
            Defendant.          )
                                )
_____)
```

It appearing that this matter is related to action 1:02-CV-6553 OWW DLB, <u>Modesto Irrigation District vs. Donald Evans, et al.</u>,

IT IS ORDERED that this action is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

The scheduling conference currently set for June 22, 2006, before Magistrate Judge Beck, is re-set for August 18, 2006, at 8:45 a.m. before Judge Wanger.

IT IS SO ORDERED.

**Dated:   April 6, 2006**            /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE