**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
CALIFORNIA STATE GRANGE, et al., )    1:06-cv-0308 OWW DLB
                                 )
              Plaintiffs,        )    SCHEDULING CONFERENCE ORDER
                                 )
     v.                          )    (See Schedule Below)
                                 )
NATIONAL MARINE FISHERIES        )
SERVICE, et al.,                 )
                                 )
              Defendants.        )
                                 )
_____)
```

**I.   Date of Scheduling Conference.**

   **August 18, 2006.**

**II.  Appearances Of Counsel.**

   Russell C. Brooks, Esq., appeared on behalf of Plaintiffs.

   Paul D. Lall, Esq., Trial Attorney, U.S. Department of Justice, appeared on behalf of Defendants.

**III. Schedule of Case.**

   1.   It is stipulated that this case is exempt from initial disclosures under F.R.C.P. 26(a)(1)(E).

   2.   Federal Defendants shall file the Administrative Record of the decision to list the challenged populations of *O. mykiss* in California as threatened or endangered species under the

1

Endangered Species Act by September 22, 2006.  The parties agree that the Administrative Record may be filed on a CD-ROM.  If so filed, each party will provide the Court with hard copies of any documents cited by that party during the briefing.

    3.    The last date to file motions directed to the sufficiency and completeness of the Administrative Record will be by October 6, 2006.

    4.    The parties agree that in this case the Administrative Record does not need to be supplemented or augmented.  There is no need for extra-record discovery or submission of evidence.  Nor is there any need for expert testimony.

    5.    Oppositions to the motions for Administrative Record will be October 20, 2006.  Responses shall be filed by October 27, 2006.  The motions will be heard November 13, 2006, at 10:00 a.m.

    6.    The parties' motions for summary judgment shall be filed as follows:

        a.    Plaintiff will file their motion for summary judgment on or before October 10, 2006.

        b.    Defendants will file their opposition and cross-motion for summary judgment by November 9, 2006.

        c.    Plaintiffs shall file their reply in their motion for summary judgment and their opposition to Defendant's cross-motion by November 20, 2006.

        d.    Defendants will file their reply by December 15, 2006.

        e.    The hearing on the motions for summary judgment shall be January 8, 2007, in Courtroom 3 at 10:00 a.m.  The Court

has reserved time for extended oral argument.

      7.    Any settlement conference in this case will be set in accordance with outcome of dispositive motions.

IT IS SO ORDERED.

Dated:   August 18, 2006            /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE