KRISTEN L. BOYLES (CSB #158450)
PATTI GOLDMAN (WSB #24426)
STEPHEN D. MASHUDA (WSB #36968)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org
pgoldman@earthjustice.org
smashuda@earthjustice.org

*Attorney for Intervenor-Defendants*
*Federation of Fly Fishers, Trout Unlimited,*
*and Northern California Council of*
*Federation of Fly Fishers*

THE HONORABLE OLIVER W. WANGER
THE HONORABLE DENNIS L. BECK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE GRANGE; UNITED WATER
CONSERVATION DISTRICT; CENTRAL COAST
FOREST ASSOCIATION; CALIFORNIA
FORESTRY ASSOCIATION; and GREENHORN
GRANGE,

        Plaintiffs,

    v.

NATIONAL MARINE FISHERIES SERVICE; D.
ROBERT LOHN, Regional Director for the Northwest
Region of the National Marine Fisheries Service;
WILLIAM T. HOGARTH, Director of the National
Marine Fisheries Service; CONRAD C.
LAUTENBACHER, JR., Administrator of the National
Oceanic and Atmospheric Administration; CARLOS
GUTIERREZ, Secretary of United States Department
of Commerce; all sued in their official capacities,

        Defendants,

    and

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:06-cv-0308 OWW DLB

ORDER GRANTING DEFENDANT-
INTERVENORS' MOTION TO
SHORTEN TIME FOR
CONSIDERATION OF PARTIAL
MOTION TO STRIKE PLAINTIFFS'
RESPONSES TO DEFENDANT-
INTERVENORS' STATEMENT OF
UNDISPUTED FACTS

[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS'
MOTION TO SHORTEN TIME FOR CONSIDERATION OF PARTIAL
MOTION TO STRIKE PLAINTIFFS' RESPONSES TO DEFENDANT-
INTERVENORS' STATEMENT OF UNDISPUTED FACTS
Case No. 1:06-cv-0308 OWW DLB   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

PDF created with pdfFactory trial version www.pdffactory.com

FEDERATION OF FLY FISHERS, TROUT
UNLIMITED, and NORTHERN CALIFORNIA
COUNCIL OF FEDERATION OF FLY FISHERS,

Intervenor-Defendants.

_____

THIS MATTER comes before the Court on Defendant-Intervenors' Motion to Shorten Time for Consideration of Partial Motion to Strike Plaintiffs' Responses to Defendant-Intervenors' Statement of Undisputed Facts.

The Court has considered all relevant motions and memoranda, affidavits, and all other submissions herein, and orders as follows:

1.      Defendant-Intervenors' motion to shorten time is GRANTED;

2.      Plaintiffs shall file their opposition to Defendant-Intervenors' Partial Motion to Strike no later than 12/29/06;

3.      Defendant-Intervenors may file a reply brief in support of the motion no later than 1/2/07;

4.      The Court will calendar the Partial Motion to Strike for 1/8/07 at 10:00 a.m. before Judge Oliver W. Wanger.


DATED this 18th day of December, 2006.


/s/ Oliver W. Wanger

_____

HONORABLE OLIVER W. WANGER
JUDGE, UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS'
MOTION TO SHORTEN TIME FOR CONSIDERATION OF PARTIAL
MOTION TO STRIKE PLAINTIFFS' RESPONSES TO DEFENDANT-
INTERVENORS' STATEMENT OF UNDISPUTED FACTS
Case No. 1:06-cv-0308 OWW DLB   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

PDF created with pdfFactory trial version www.pdffactory.com