FILED

DEC 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   JEAN E. WILLIAMS, Chief
3  BRIDGET KENNEDY McNEIL, Trial Attorney
   Wildlife and Marine Resources Section
4  Environment and Natural Resources Division
   U.S. Department of Justice
5  1961 Stout St., 8th Floor
   Denver, CO 80294
6  Ph: 303-844-1484/Fax: 303-844-1350
   bridget.mcneil@usdoj.gov
7
   Attorneys for Federal Defendants.
8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

11  CALIFORNIA STATE GRANGE, et al.,          )
                                              )
12          Plaintiffs,                       )       No: 1:06-CV-00308 OWW DLB
                                              )
13          vs.                               )
                                              )
14  NATIONAL MARINE FISHERIES SERVICE, et al.)
                                              )
15          Defendants,                       )
                                              )
16          and                               )
                                              )
17  FEDERATION OF FLY FISHERS, et al.,        )
                                              )
18          Intervenor-Defendants.            )
    ----------------------------------------- )---------------------------------------
19  MODESTO IRRIGATION DISTRICT, et al.,      )
                                              )
20          Plaintiffs,                       )       No. 1: 06-CV-00453 OWW DLB
                                              )
21          vs.                               )
                                              )       **ORDER AND JUDGMENT**
22  CARLOS M. GUTIERREZ, et al.,              )       **GRANTING DEFENDANTS'**
                                              )       **AND INTERVENOR-**
23                                            )       **DEFENDANTS' CROSS-**
            Defendants,                       )       **MOTIONS FOR SUMMARY**
24                                            )       **JUDGMENT**
            and                               )
25                                            )
    NORTHERN CALIFORNIA COUNCIL OF            )
26  FEDERATION OF FLY FISHERS, et al.,        )
                                              )
27          Intervenor-Defendants.            )
                                              )
28

1    For the reasons set forth in the October 27, 2008 Order Re Cross Motions for Summary

2    Judgment (Grange Doc. 83, MID II Doc. 116), it is hereby ordered:

3         (1) In California State Grange v. NMFS, No. 1:06-CV-00308 OWW DLB, the Court

4    hereby DENIES the Plaintiffs' Motion for Summary Judgment (Doc.29) and GRANTS the

5    Federal Defendants' and the Defendant-Intervenors' respective Cross-Motions for Summary

6    Judgment (Docs. 39, 43).

7         (2) In Modesto Irrigation District v. Gutierrez, No. 1:06-CV-00453 OWW DLB, the

8    Court hereby DENIES the Plaintiffs' Motion for Summary Judgment (Doc. 79), and GRANTS

9    the Federal Defendants' and the Defendant-Intervenors' respective Cross-Motions for Summary

10   Judgment (Docs. 90, 94).

11        (3) Final judgment is to be entered in both cases, pursuant to Fed.R.Civ.P. 58.

12        (4) Each party will bear their own attorneys' fees, costs, and expenses.

13

14

15   DATED: _/2~3/~_, 2008.

16

17

18   The Honorable Oliver W. Wanger
     United States District Court Judge

19

20

21

22

23

24

25

26

27

28                                          1